John B. Newland et al., Appellants, *v.* The Hudson River Water Power and Paper Company, Respondent.

(Argued June 2, 1892; decided June 17, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 30, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*R. A. Parmenter* for appellants.

*Esek Cowen* for respondent.

Agree to affirm on opinions below.
All concur.
Judgment affirmed.

John A. McNab, Appellant, *v.* The McNab and Harlin Manufacturing Company et al., Respondents.

(Argued June 2, 1892; decided June 17, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 30, 1891, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Artemus B. Smith* for appellant.

*Frederic R. Coudert* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.